11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Michael Powell

Appellant

Vs.                   No.
11-02-00167-CV B
Appeal from Palo Pinto County

Stuart and Patti
Rosenberg

Appellees

 

Appellant
has filed in this court a motion to dismiss his appeal.  The motion is granted, and the appeal is
dismissed.  TEX.R.APP.P. 42.1.

 

PER CURIAM

 

June 13, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.